# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-5270**                                    **September Term, 2017**

**1:10-cv-00476-RMC**

**Filed On:** March 6, 2018

Detroit International Bridge Company, a
Michigan corporation and Canadian Transit
Company, a Canadian special act corporation,

       Appellants

    v.

Government of Canada, et al.,

       Appellees

**BEFORE:**    Garland, Chief Judge; Rogers, Circuit Judge; and Sentelle, Senior
Circuit Judge

## O R D E R

Upon consideration of appellants' petition for panel rehearing filed January 5, 2018, and the response thereto, it is

**ORDERED** that the petition be denied.  It is

**FURTHER ORDERED** that the court's opinion _Detroit Int'l Bridge v. Gov't of Canada_, 875 F.3d 1132 (D.C. Cir. 2017), be amended as follows:

(1) Page 1135, first full ¶ line 1: Delete the words "intermediate appellate";

(2) Page 1137, second ¶, line 2: Delete the words "an intermediate" and insert in lieu thereof "a"; and

(3) Page 1137, last ¶, lines 2-4: Delete the words "Agriculture and Rural Development" and insert in lieu thereof "Transportation and Strategic Fund"; and

Delete "prohibit the Michigan Department of Transportation and Strategic Fund from entering into the Crossing Agreement" and insert in lieu thereof "alter the authorization provided by the Urban Cooperation Act."

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
      Ken Meadows
      Deputy Clerk